**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CHARLES MOORE,                                                                          PLAINTIFF

v.                                          4:12-cv-00487-BRW

BRIAN S. MILLER, United States
Chief District Judge, Eastern District
of Arkansas                                                                              DEFENDANT

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.  The Court certifies pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

DATED this 18th day of October, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE