**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES MOORE,                                                                                         PLAINTIFF

v.                                              4:12-cv-00487-BRW

BRIAN S. MILLER, United States
Chief District Judge, Eastern District
of Arkansas                                                                                              DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 18th day of October, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE